HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (213) 928-9800
holly.cheong@troutman.com

*Attorney for Defendant Capital One, N.A.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CARMEN SMITH-WILKINS,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC et al.,<br><br>Defendants. | Case No. 2:26-cv-02616-APG-NJK<br><br>**UNOPPOSED MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT CAPITAL ONE, N.A. TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUEST** |

Pursuant to LR IA 6-1(a) and LR IA 6-2, the undersigned counsel of record for Defendant, Capital One, N.A. ("Capital One"), files this motion to extend Capital One's deadline to file its response to Plaintiff, Carmen Smith-Wilkins' ("Plaintiff"), Complaint (ECF No. 1) through Wednesday, October 14, 2026. This is Capital One's first request for an extension.

This extension request is made in good faith and not for purposes of delay. Counsel for Capital One has been in contact with Plaintiff's counsel who has consented to the requested extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Capital One the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

DATED: September 22, 2026

TROUTMAN PEPPER LOCKE LLP

By: */s/ Holly E. Cheong*
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Tele: (213) 928-9800
Email: holly.cheong@troutman.com

*Attorney for Defendant Capital One, N.A.*

**ORDER**

IT IS HEREBY ORDERED that Capital One shall have until and through October 14, 2026 to file their response to Plaintiff's Complaint.

UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2026