HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (213) 928-9800
holly.cheong@troutman.com

*Attorney for Defendant Capital One, N.A.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CARMEN SMITH-WILKINS,<br>Plaintiff,<br>vs.<br>TRANS UNION LLC et al.,<br>Defendants. | Case No. 2:26-cv-02616-APG-NJK<br>**UNOPPOSED MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT CAPITAL ONE, N.A. TO RESPOND TO COMPLAINT**<br>**SECOND REQUEST** |

Pursuant to LR IA 6-1(a) and LR IA 6-2, the undersigned counsel of record for Defendant, Capital One, N.A. ("Capital One"), files this motion to extend Capital One's deadline to file its response to Plaintiff, Carmen Smith-Wilkins' ("Plaintiff"), Complaint (ECF No. 1) through Friday, November 13, 2026. This is Capital One's second request for an extension.

This extension request is made in good faith and not for purposes of delay. Counsel for Capital One has been in contact with Plaintiff's counsel who has consented to the requested extension.

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff will not be prejudiced by this extension, as the purpose of this second request for the extension is to allow Capital One the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

DATED: October 9, 2026

TROUTMAN PEPPER LOCKE LLP

By: /s/ Holly E. Cheong
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Tele: (213) 928-9800
Email: holly.cheong@troutman.com

*Attorney for Defendant Capital One, N.A.*

IT IS SO ORDERED.
Dated: October 13, 2026
.
.
______________________________
Nancy J. Koppe
United States Magistrate Judge



335669297v1